UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:16-00041 |
| | ) | JUDGE CAMPBELL |
| TROY EUGENE WAYNE | ) | |

## ORDER

Pending before the Court is the Defendant's Unopposed Motion For Return To State Custody (Docket No. 20). Through the Motion, the Defendant seeks to return to state custody pending further proceedings in this case, and indicates that the Government is not opposed to the request. Counsel for the Defendant represents that he will ensure that a writ is issued in a timely fashion for the Defendant's return to this district for any and all court hearings that require his presence. The Defendant has also filed a Waiver Of Rights Under Interstate Agreement On Detainers (Docket No. 20-1). The Motion is GRANTED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE